JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CYNTHIA D. MELVIN,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | No. ED CV 12-850-CJC (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the findings, conclusions, and recommendation of the United States Magistrate Judge, IT IS ADJUDGED that the action is remanded to defendant for further proceedings.

DATED: May 9, 2013

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE